UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Chantal Travis, et al.

        Plaintiff(s),

v.

Lockwood, Andrews & Newnam, P.C., et al.

        Defendant(s).

Case No. 2:17-cv-10941-GAD-MKM

Judge Gershwin A. Drain

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Veolia Water North America Operating Services, LLC
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Veolia Environnement S.A.
   Relationship with Named Party: indirect parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☒    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Chubb Limited, Great American Insurance Group, AXA SA, XL Group Ltd., Talanx AG, Zurich Insurance Group AG, American International Group, Inc., Munich Re Group
   Nature of Financial Interest: insurer, excess insurer, primary insurer of indirect parent, and excess insurers of indirect parent, respectively

Date: May 2, 2017

/s/ John A. K. Grunert
Signature

Bar No.
One Constitution Center, 3rd Floor
Street Address
Boston, MA 02129
City, State, Zip Code
617-241-3000
Telephone Number
jgrunert@campbell-trial-lawyers.com
Primary Email Address